Josh Cole Aicklen
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
Jeffrey D. Olster
Nevada Bar No. 008864
Jeff.Olster@lewisbrisbois.com
Paul A. Shpirt
Nevada Bar No. 10441
Paul.Shpirt@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
Fax: 702.893.3789
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME LUIS VICENTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC INTERNATIONAL CORPORATION d/b/a OLD REPUBLIC LIFE INSURANCE COMPANY, an Illinois Corporation; GREAT WEST RISK MANAGEMENT, INC., a Tennessee Corporation; OLD REPUBLIC LIFE INSURANCE CORPORATION, a foreign corporation; and DOES I-X, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-01993-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff JAIME LUIS VICENTE and defendants OLD REPUBLIC INTERNATIONAL CORPORATION, GREAT WEST RISK MANAGEMENT, INC. and OLD REPUBLIC LIFE INSURANCE COMPANY (erroneously sued as Old Republic Life Insurance Corporation), by and through their respective counsel, that this action shall be dismissed in its entirety, with prejudice, and with each party to bear his/its own costs and attorney's fees.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-1636-8175.1　　　　　　　　　　　1　　　　　　　　　　　2:15-cv-01993

DATED this 17th day of March, 2016.

By /s/ _____

Gerald I. Gillock
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 8th day of March, 2016.

By /s/ _____

Josh Cole Aicklen
Jeffrey D. Olster
Paul A. Shpirt
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this ___ day of March, 2016.

By /s/ _____

Glenn A. Paternoster
PATERNOSTER LAW GROUP
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated March 23, 2016.

_____
UNITED STATES DISTRICT JUDGE