1  **GERALD I. GILLOCK, ESQ.**
2  Nevada Bar No. 51
   **GERALD I. GILLOCK & ASSOCIATES**
3  428 South Fourth Street
   Las Vegas, NV  89101
4  Telephone: (702) 385-1482
   Facsimile:  (702) 385-2604
5  E-mail:  gillock@gmk-law.com

6
   **GLENN A. PATERNOSTER, ESQ.**
7  Nevada Bar No. 5452
   **PATERNOSTER LAW GROUP**
8  400 South Fourth Street, Third Floor
9  Las Vegas, NV  89101
   Telephone:  (702) 654-1111
10 Facsimile:  (702) 522-1522
11 glenn@paternosterlaw.com

12 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME LUIS VICENTE,<br><br>              Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INTERNATIONAL CORPORATION d/b/a OLD REPUBLIC LIFE INSURANCE COMPANY, an Illinois Corporation; GREAT WEST RISK MANAGEMENT, INC., a Tennessee Corporation; OLD REPUBLIC LIFE INSURANCE CORPORATION, a foreign corporation; and DOES I-X, inclusive,<br><br>              Defendants. | CASE NO.:   2:15-cv-1993-JCM-GWF<br><br>**ORDER TO ESTABLISH A SPECIAL NEEDS TRUST** |

THE FOREGOING CAUSE came before the Court on Plaintiff's Motion to Esablish a Special Needs Trust, Defendants' counsel not objecting to same, and the Court having reviewed and considered the matter, and for good cause shown, it is hereby,

ORDERED AND ADJUDGED that a special needs trust shall be established pursuant to 42 U.S.C. Section 1396, as amended August 10, 1993 by the Omnibus Budget Reconciliation Act of 1993 for the sole benefit of plaintiff, Jaime Luis Vicente.

IT IS FURTHER ORDERED AND ADJUDGED that the trust shall provide that upon the death of Jaime Luis Vicente, the Nevada Medicaid Program will receive all amounts to which it may be entitled which are remaining in the trust, up to an amount equal to the total monetary assistance provided for the benefit of Jaime Luis Vicente, under a State plan under title 42 U.S.C. 1396.

IT IS FURTHER ORDERED AND ADJUDGED that the Jaime Luis Vicente Special Needs Trust shall be funded with all of Jaime Luis Vicente's current and future settlement proceeds.

DATED April 29, 2016.

_____
UNITED STATES DISTRICT JUDGE